UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 10-cv-01777-PAB-CBS

JUAN ESCOTO,

       Plaintiff,
v.

DELANOR KEMPER & ASSOCIATES, LLC,

       Defendant.

_____

**NOTICE OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


                    RESPECTFULLY SUBMITTED,

                    Macey & Aleman, P.C.

                    By:   /s/ Jeffrey S. Hyslip
                        Jeffrey S. Hyslip
                        Attorney for Plaintiff
                        The Sears Tower
                        Suite 5150
                        Chicago, IL 60606
                        Telephone: 1.866.339.1156
                        Jsh@legalhelpers.com

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 22, 2011, I served Defendant with a copy of the foregoing

Notice by depositing the same in the U.S. mail addressed as follows:

Delanor, Kemper & Associates, LLC
2221 Peachtree Road
Suite 473
Atlanta GA 30309

                                                    /s/ Jeffrey S. Hyslip